# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

BELINDA COENEN, et al.,

    Plaintiffs,

vs.

    Case No. 3:23-cv-868-MMH-MCR

MIKE HOGAN, in his official capacity
as Duval County Supervisor of Elections,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (Dkt. No. 11; Notice) filed on October 26, 2023. In the Notice, Plaintiffs request dismissal of this matter without prejudice. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

    **ORDERED:**

    1.    This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 26th day of October, 2023.

                                                          /s/ Marcia Morales Howard
                                                          MARCIA MORALES HOWARD
                                                          United States District Judge

ja

Copies to:

Counsel of Record